ORIGINAL

1  Mitchell F. Boomer (State Bar No. 121441)
   Janine R. Hudson (State Bar No. 206671)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   PFIZER, INC.
6

E-filing

FILED
08 APR -7 PM 2:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 RANDALL J. SLOAN,                    CV 08  Case No.  1849  BZ

12       Plaintiff,                     **CERTIFICATE OF INTERESTED
                                        ENTITIES [Civil Local Rule 3-16]**
13    v.

14 PFIZER, INC., a Delaware corporation; and
   DOES 1 through 40, inclusive.
15

16       Defendant.

17

18 TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

19 DISTRICT OF CALIFORNIA AND PLAINTIFF'S ATTORNEY HEREIN:

20       PLEASE TAKE NOTICE that pursuant to Civil Local Rule 3-16, Defendant

21 PFIZER, INC. hereby submits the following listed persons, associations of persons, firms,

22 partnerships, corporations, or other entities, (i) have a financial interest in the subject matter in

23 controversy, or in a party to the proceeding, or (ii) have a non-financial interest in that subject

24 matter or in a party that could be substantially affected by the outcome of the proceeding:

25       (a)   Pfizer, Inc., a Delaware corporation.

26       (b)   SEE ATTACHMENT A.

27 ///

28 ///

---

1
CERTIFICATE OF INTERESTED ENTITIES
[Civil Local Rule 3-16]                                          Case No.

| | |
|---|---|
| DATED: April 7, 2008 | Respectfully submitted,<br><br>JACKSON LEWIS LLP<br><br>By_____<br>Mitchell F. Boomer<br>Janine R. Hudson<br>Attorneys for Defendant<br>PFIZER, INC. |

CERTIFICATE OF INTERESTED ENTITIES
[Civil Local Rule 3-16]

2

Case No.

EXHIBIT 21

## SUBSIDIARIES OF THE COMPANY

The following is a list of subsidiaries of the Company as of December 31, 2007, omitting some subsidiaries which, considered in the aggregate, would not constitute a significant subsidiary.

| NAME | Where Incorporated |
|---|---|
| 412357 Ontario Inc. | Canada |
| A S Ruffel (Mozambique) Limitada | Mozambique |
| A.S. Ruffel (Private) Limited | Zimbabwe |
| A/O Pfizer | Russia |
| Adenylchemic GmbH | Germany |
| Agouron Pharmaceuticals, Inc. | California |
| Alginate Industries (Ireland) Ltd. | Ireland |
| American Food Industries, Inc. | Delaware |
| Andean Services S.A. | Colombia |
| Angiosyn, Inc. | Delaware |
| Balverda S.R.L. | Italy |
| BINESA 2002, S.L. | Spain |
| Biocor Animal Health Inc. | Delaware |
| Bioindustria Farmaceutici S.R.L. | Italy |
| Bioren, Inc. | Delaware |
| BioRexis Pharmaceutical Corporation | Delaware |
| Biosearch Manufacturing S.r.l. | Italy |
| Blue Whale Re Ltd. | Vermont |
| C.P. Pharmaceuticals International C.V. | Netherlands |
| Capsugel (Thailand) Co. Ltd. | Thailand |
| Capsugel Belgium BVBA | Belgium |
| Capsugel de Mexico, S. de R.L. de C.V. | Mexico |
| Capsugel France | France |
| Capsugel Healthcare Limited | India |
| Capsugel Japan Inc. (KK) | Japan |
| Capsugel Ploermel | France |
| CARDEL | France |
| Centrofarma, Sociedad Anonima | Guatemala |
| Ceuticlab Laboratorios de Produtos Farmaceuticos, Lda. | Portugal |
| Charlie Papa Operations, LLC | New Jersey |
| CHC Direct LLC | Delaware |
| Compania Farmaceutica Upjohn, S.A. | Guatemala |
| Consumer Health Products (Minority Interests) Company | United Kingdom |
| Continental Farmaceutica, S.L. | Spain |
| Continental Pharma, Inc. | Delaware |
| Davis Medica, Sociedad Limitada, Sociedad Unipersonal | Spain |
| Distribuidora Mercantil Centro Americana, S.A. | Delaware |
| Duchem Laboratories Limited | India |
| Embrex Bio-Tech Trade (Shanghai) Co., Ltd. | People's Republic of China |
| Embrex De Mexico S. de R.L. de C.V. | Mexico |
| Embrex Europe Limited | United Kingdom |
| Embrex France | France |
| Embrex Iberica s.l. | Spain |
| Embrex Poultry Health, LLC | North Carolina |
| Embrex Sales, Inc. | North Carolina |
| Embrex, Inc. | North Carolina |
| Esperion LUV Development, Inc. | Delaware |
| Esperion Therapeutics, Inc. | Delaware |
| Farminova Produtos Farmaceuticos de Inovacao, Lda. | Portugal |
| Farmitalia Carlo Erba Limited | United Kingdom |

**ATTACHMENT A**

| | |
|---|---|
| Farmogene Productos Farmaceuticos Lda. | Portugal |
| G. D. Searle & Co. Limited | United Kingdom |
| G. D. Searle (Thailand) Limited | Thailand |
| G. D. Searle International Capital LLC | Delaware |
| G. D. Searle LLC | Delaware |
| G. D. Searle South Africa (Pty) Ltd. | South Africa |
| Gödecke GmbH | Germany |
| Gödecke OTC Beteiligungs GmbH | Germany |
| Greenstone LLC | Delaware |
| Hepar Contribution LLC | Delaware |
| Idun Pharmaceuticals, Inc. | Delaware |
| Inovoject do Brasil Limitada | Brazil |
| International Affiliated Corporation LLC | Delaware |
| Invicta Farma, S.A. | Spain |
| J B Tillott Limited | United Kingdom |
| Jouveinal Holland B.V. | Netherlands |
| Kenfarma, S.A. | Spain |
| Keystone Chemurgic Corporation | Delaware |
| Kiinteistö oy Espoon Pellavaniemenfe 14 | Finland |
| Kiinteistö Oy Helsingin Tietokuja | Finland |
| Kommanditbolaget Hus Gron | Sweden |
| Korea Pharma Holding Company Limited | Hong Kong |
| Laboratoires Pfizer SA | Morocco |
| Laboratorios Laprofa, Sociedad Anonima | Guatemala |
| Laboratorios Parke Davis, S.L. | Spain |
| Laboratorios Pfizer Ltda. | Brazil |
| Laboratórios Pfizer, Lda. | Portugal |
| Lothian Developments V SPRL | Belgium |
| MED Urological, Inc. | Minnesota |
| Mederio AG | Switzerland |
| Meridica Limited | United Kingdom |
| Monterey Kelp Corporation | California |
| MTG Divestitures Handels GmbH | Austria |
| MTG Divestitures Limited | United Kingdom |
| MTG Divestitures LLC | Delaware |
| Nefox Farma, S.A. | Spain |
| Nostrum Farma, S.A. | Spain |
| O.C.T. (Thailand) Ltd. | Thailand |
| Orsim | France |
| PanServ Personalberatungs- und Anzeigenservice GmbH | Germany |
| Paris Montrouge II (Nederland) B.V. | Netherlands |
| Paris Montrouge II SARL | France |
| Parke Davis & Co. Limited | Isle of Jersey |
| Parke Davis International Limited | Bahamas |
| Parke Davis Productos Farmaceuticos Lda. | Portugal |
| Parke Davis Pty Limited | Australia |
| Parke, Davis & Company Limited | Pakistan |
| Parke, Davis & Company LLC | Michigan |
| Parke-Davis GmbH | Germany |
| Parke-Davis Manufacturing Corp. | Delaware |
| Parke-Davis Sales Corporation | Virgin Islands |
| P-D Co., Inc. | Delaware |
| Pfidev3 (S.A.S.) | France |
| Pfidev4 (S.A.S.) | France |
| Pfizer (China) Research and Development Co. Ltd. | People's Republic of China |
| Pfizer (Malaysia) Sdn Bhd | Malaysia |
| Pfizer (Perth) Pty Limited | Australia |
| Pfizer (S.A.S.) | France |

| | |
|---|---|
| Pfizer (Thailand) Limited | Thailand |
| Pfizer A.G. | Switzerland |
| Pfizer A/S | Norway |
| Pfizer AB | Sweden |
| Pfizer Africa & Middle East for Pharmaceuticals, Animal Health & Chemicals S.A.E. | Egypt |
| Pfizer Afrique de L'Ouest | Senegal |
| Pfizer Algerie Sante et Nutrition Animale s.p.a. | Algeria |
| Pfizer Animal Health B.V. | Netherlands |
| Pfizer Animal Health Korea Ltd. | South Korea |
| Pfizer Animal Health MA EEIG | United Kingdom |
| Pfizer Animal Health SA | Belgium |
| Pfizer ApS | Denmark |
| Pfizer Asia Contract Operations Pte. Ltd. | Singapore |
| Pfizer Asia Holdings B.V. | Netherlands |
| Pfizer Asia Manufacturing PTE. Ltd. | Singapore |
| Pfizer Asia Pacific Pte Ltd. | Singapore |
| Pfizer Australia Holdings Pty Limited | Australia |
| Pfizer Australia Pty Limited | Australia |
| Pfizer Australia Superannuation Pty Ltd. | Australia |
| Pfizer B.V. | Netherlands |
| Pfizer Berlin GmbH | Germany |
| Pfizer Beteiligungs-G.m.b.H. | Germany |
| Pfizer Bolivia S.A. | Bolivia |
| Pfizer Canada Inc. | Canada |
| Pfizer Caribe Limited | Guernsey |
| Pfizer Chile S.A. | Chile |
| Pfizer Cia. Ltda. | Ecuador |
| Pfizer Consumer Inc. | Japan |
| Pfizer Continental Holdings SARL | Luxembourg |
| Pfizer Continental Services LLC | Delaware |
| Pfizer Convention III LLC | Delaware |
| Pfizer Convention IV LLC | Delaware |
| Pfizer Co-Promotions Limited | Isle of Jersey |
| Pfizer Cork Limited | Ireland |
| Pfizer Corporation | Panama |
| Pfizer Corporation Austria Gesellschaft m.b.H. | Austria |
| Pfizer Corporation Hong Kong Limited | Hong Kong |
| Pfizer Croatia d.o.o. | Croatia |
| Pfizer Deutschland GmbH | Germany |
| Pfizer Distribution Company | Ireland |
| Pfizer Distribution Services | Belgium |
| Pfizer Domestic Ventures Limited | Isle of Jersey |
| Pfizer Dominicana, S.A. | Dominican Republic |
| Pfizer Egypt S.A.E. | Egypt |
| Pfizer Enterprises Inc. | Delaware |
| Pfizer Enterprises SARL | Luxembourg |
| Pfizer ESP Pty Ltd. | Australia |
| Pfizer Europe Holdings SARL | Luxembourg |
| Pfizer Europe MA EEIG | United Kingdom |
| Pfizer Europe Services LLC | Delaware |
| Pfizer European Service Center BVBA | Belgium |
| Pfizer Export AB | Sweden |
| Pfizer Export Company | Ireland |
| Pfizer Finance GmbH & Co. KG | Germany |
| Pfizer Finance International | Ireland |
| Pfizer Finance Share Service (Dalian) Co., Ltd. | People's Republic of China |
| Pfizer Finance Verwaltungs GmbH | Germany |

| | |
|---|---|
| Pfizer Financial Services NV/SA | Belgium |
| Pfizer Fundings International | Ireland |
| Pfizer Global Holdings B.V. | Netherlands |
| Pfizer Global Investments SARL | Luxembourg |
| Pfizer Global Supply | Ireland |
| Pfizer Global Trading | Ireland |
| Pfizer GmbH | Germany |
| Pfizer Group Limited | United Kingdom |
| Pfizer H.C.P. Corporation | New York |
| Pfizer Health AB | Sweden |
| Pfizer Health Solutions Inc. | Delaware |
| Pfizer Healthcare Consultant (Shanghai) Co., Ltd. | People's Republic of China |
| Pfizer Healthcare Ireland | Ireland |
| Pfizer Hellas, A.E. | Greece |
| Pfizer HK Service Company Limited | Hong Kong |
| Pfizer Holding France (S.C.A.) | France |
| Pfizer Holding Italy S.p.A. | Italy |
| Pfizer Holding und Verwaltungs G.m.b.H. | Germany |
| Pfizer Holding Ventures | Ireland |
| Pfizer Holdings B.V. | Netherlands |
| Pfizer Holdings Bermuda Ltd. | Bermuda |
| Pfizer Holdings Europe | Ireland |
| Pfizer Holdings International Luxembourg (PHIL) Sarl | Luxembourg |
| Pfizer Holdings Luxembourg SARL | Luxembourg |
| Pfizer Holdings Mexico, S. de R.L. de C.V. | Mexico |
| Pfizer Holdings Netherlands B.V. | Netherlands |
| Pfizer Holdings Turkey Limited | Isle of Jersey |
| Pfizer Hungary Asset Management LLC | Hungary |
| Pfizer Ilaclari Limited Sirketi | Turkey |
| Pfizer International Bank Europe | Ireland |
| Pfizer International Corporation | Panama |
| Pfizer International Holdings | Ireland |
| Pfizer International LLC | New York |
| Pfizer International Luxembourg SA | Luxembourg |
| Pfizer International Operations (S. A. S.) | France |
| Pfizer International Trading (Shanghai) Limited | People's Republic of China |
| Pfizer Inventory Co. | Delaware |
| Pfizer Investment Capital | Ireland |
| Pfizer Investment Co. Ltd. | People's Republic of China |
| Pfizer Ireland Pharmaceuticals | Ireland |
| Pfizer Ireland Pharmaceuticals | Ireland |
| Pfizer Ireland Ventures | Ireland |
| Pfizer Italia S.r.l. | Italy |
| Pfizer Japan Inc. | Japan |
| Pfizer Jersey Capital Limited | Isle of Jersey |
| Pfizer Jersey Company Limited | Isle of Jersey |
| Pfizer Jersey Finance Limited | Isle of Jersey |
| Pfizer Laboratories (Pty) Limited | South Africa |
| Pfizer Laboratories Limited | Kenya |
| Pfizer Laboratories Limited | Pakistan |
| Pfizer Limitada | Angola |
| Pfizer Limited | Taiwan |
| Pfizer Limited | Tanzania |
| Pfizer Limited | Thailand |
| Pfizer Limited | Uganda |
| Pfizer Limited | United Kingdom |
| Pfizer LLC | Russia |
| Pfizer Luxco Holdings Sarl | Luxembourg |

| Entity | Jurisdiction |
|---|---|
| Pfizer Luxco Production SARL | Luxembourg |
| Pfizer Luxembourg SARL | Luxembourg |
| Pfizer Manufacturing Belgium NV | Belgium |
| Pfizer Manufacturing Deutschland GmbH | Germany |
| Pfizer Manufacturing Frankfurt GmbH | Germany |
| Pfizer Manufacturing Frankfurt Verwaltungs GmbH | Germany |
| Pfizer Manufacturing LLC | Delaware |
| Pfizer Manufacturing Services | Ireland |
| Pfizer Medical Technology Group (Belgium) N.V. | Belgium |
| Pfizer Middle East for Pharmaceuticals, Animal Health and Chemicals S.A.E. | Egypt |
| Pfizer Namibia (Proprietary) Limited | Namibia |
| Pfizer New Zealand Limited | New Zealand |
| Pfizer OTC B.V. | Netherlands |
| Pfizer OTC Beteiligungs GmbH | Germany |
| Pfizer Overseas LLC | Delaware |
| Pfizer Oy | Finland |
| Pfizer Participations SARL | Luxembourg |
| Pfizer Pension Trustees (Ireland) Limited | Ireland |
| Pfizer Pension Trustees Ltd. | United Kingdom |
| Pfizer PGM (S.A.S.) | France |
| Pfizer PGRD (S.A.S.) | France |
| Pfizer Pharm Algerie | Algeria |
| Pfizer Pharma GmbH | Germany |
| Pfizer Pharma Trade LLC | Egypt |
| Pfizer Pharmaceutical (Wuxi) Co., Ltd. | People's Republic of China |
| Pfizer Pharmaceutical India Pvt. Ltd. | India |
| Pfizer Pharmaceutical Trading Limited Liability Company (a/k/a Pfizer Kft. or Pfizer LLC) | Hungary |
| Pfizer Pharmaceuticals B.V. | Netherlands |
| Pfizer Pharmaceuticals Israel Ltd. | Israel |
| Pfizer Pharmaceuticals Jersey Limited | Isle of Jersey |
| Pfizer Pharmaceuticals Korea Limited | South Korea |
| Pfizer Pharmaceuticals Limited | Cayman Islands |
| Pfizer Pharmaceuticals LLC | Delaware |
| Pfizer Pharmaceuticals Ltd. | People's Republic of China |
| Pfizer Pharmaceuticals Tunisie Sarl | Tunisia |
| Pfizer Pigments Inc. | Delaware |
| Pfizer Polska Sp. z.o.o. | Poland |
| Pfizer Precision Holdings SARL | Luxembourg |
| Pfizer Prev - Sociedade de Previdencia Privada | Brazil |
| Pfizer Private Limited | Malaysia |
| Pfizer Private Ltd. | Singapore |
| Pfizer Production LLC | Delaware |
| Pfizer Products Inc. | Connecticut |
| Pfizer Products India Private Limited | India |
| Pfizer Romania SRL | Romania |
| Pfizer S.A. | Colombia |
| Pfizer S.A. | Peru |
| Pfizer S.G.P.S. Lda. | Portugal |
| Pfizer S.R.L. | Argentina |
| Pfizer SA (Belgium) | Belgium |
| Pfizer Saidal Manufacturing | Algeria |
| Pfizer Science and Technology Ireland Limited | Ireland |
| Pfizer Service Company BVBA | Belgium |
| Pfizer Service Company Ireland | Ireland |
| Pfizer Services 1 (S.N.C.) | France |
| Pfizer Services 2 (S.N.C.) | France |

| | |
|---|---|
| Pfizer Services LLC | Delaware |
| Pfizer Shared Services | Ireland |
| Pfizer Shareholdings Intermediate SARL | Luxembourg |
| Pfizer Singapore Trading Pte. Ltd. | Singapore |
| Pfizer Specialities Ghana | Ghana |
| Pfizer Specialties Limited | Nigeria |
| Pfizer Sterling Investments Limited | Isle of Jersey |
| Pfizer Suzhou Animal Health Products Co., Ltd. | People's Republic of China |
| Pfizer Suzhou Pharmaceutical Co., Ltd. | People's Republic of China |
| Pfizer Technologies Limited | United Kingdom |
| Pfizer Trading Polska sp.z.o.o. | Poland |
| Pfizer Tunisie SA | Tunisia |
| Pfizer UK Group Limited | United Kingdom |
| Pfizer Vaccines LLC | Delaware |
| Pfizer Venezuela, S.A. | Venezuela |
| Pfizer Ventures Limited | Isle of Jersey |
| Pfizer Warner Lambert Luxembourg SARL | Luxembourg |
| Pfizer Zona Franca, S.A. | Costa Rica |
| Pfizer, Inc. | Philippines |
| Pfizer, S.A. | Costa Rica |
| Pfizer, S.A. | Spain |
| Pfizer, S.A. de C.V. | Mexico |
| Pfizer, spol. s r.o | Czech Republic |
| Pharmacia & Upjohn Cambridge Limited | United Kingdom |
| Pharmacia & Upjohn Company LLC | Delaware |
| Pharmacia & Upjohn Company, Inc. | Delaware |
| Pharmacia & Upjohn Holding Company | Delaware |
| Pharmacia & Upjohn LLC | Delaware |
| Pharmacia & Upjohn Management Company Limited | United Kingdom |
| Pharmacia & Upjohn S.p.A. | Italy |
| Pharmacia & Upjohn Trading Corporation | Michigan |
| Pharmacia & Upjohn, S.A. de C.V. | Mexico |
| Pharmacia (South Africa) (Pty) Ltd. | South Africa |
| Pharmacia Africa Ltd. | United Kingdom |
| Pharmacia Animal Health Limited | United Kingdom |
| Pharmacia Asia Limited | Hong Kong |
| Pharmacia Australia Pty Ltd. | Australia |
| Pharmacia B.V. | Netherlands |
| Pharmacia Brasil Ltda. | Brazil |
| Pharmacia Corporation | Delaware |
| Pharmacia de Centroamerica S.A. | Panama |
| Pharmacia de Mexico, S.A. de C.V. | Mexico |
| Pharmacia Diagnostics Verwaltungs GmbH | Germany |
| Pharmacia Europe EEIG | United Kingdom |
| Pharmacia GmbH | Germany |
| Pharmacia Grupo Pfizer, S.L. | Spain |
| Pharmacia Hepar Inc. | Delaware |
| Pharmacia Holding AB | Sweden |
| Pharmacia Ilac Sanayi ve Ticaret Limited Sirketi | Turkey |
| Pharmacia Inter-American LLC | Michigan |
| Pharmacia International B.V. | Netherlands |
| Pharmacia International Inc. | South Dakota |
| Pharmacia International SARL | Switzerland |
| Pharmacia Ireland Limited | Ireland |
| Pharmacia Korea Ltd. | South Korea |
| Pharmacia Laboratories Limited | United Kingdom |
| Pharmacia Learning Center Corporation | Delaware |
| Pharmacia Limited | United Kingdom |

| | |
|---|---|
| Pharmacia Limited Company | Michigan |
| Pharmacia Little Island Limited | Ireland |
| Pharmacia Malaysia Sdn Bhd. | Malaysia |
| Pharmacia Pharmatrade LLC | Hungary |
| Pharmacia Polska Sp.z.o.o. | Poland |
| Pharmacia S.A. | Peru |
| Pharmacia Searle Limited | United Kingdom |
| Pharmacia Singapore Pte Ltd. | Singapore |
| Pharmacia UK Holding Company (in liquidation) | United Kingdom |
| Pharmacia UK Limited | United Kingdom |
| Pharmacia United, Inc. | Philippines |
| Pharmacia-Pfizer EEIG | United Kingdom |
| PHS Sub, Inc. | Delaware |
| PowderJect Research Limited | United Kingdom |
| PowderJect Therapeutics, Inc. | Delaware |
| PowderJect Vaccines, Inc. | Delaware |
| PowderMed Limited | United Kingdom |
| PowderMed Vaccines, Inc. | Delaware |
| PowderMed, Inc. | Delaware |
| ProRe SA | Luxembourg |
| Prosec (Ireland) Limited | Ireland |
| Prosec Forsakrings AB (Prosec Insurance Co. Ltd.) | Sweden |
| PT. Capsugel Indonesia | Indonesia |
| PT. Pfidex Pharma | Indonesia |
| PT. Pfizer Indonesia | Indonesia |
| Quigley Company, Inc. | New York |
| Renrall LLC | Wyoming |
| Rinat Neuroscience Corp. | Delaware |
| Rivepar | France |
| Roerig B.V. | Netherlands |
| Roerig Produtos Farmaceuticos, Lda. | Portugal |
| Roerig S.A. | Chile |
| Roerig, Inc. | Philippines |
| Roerig, S.A. | Venezuela |
| Searle & Co. | Delaware |
| Searle Argentina S.R.L. | Argentina |
| Searle Belgium BVBA | Belgium |
| Searle Chemicals, Inc. | Delaware |
| Searle de Mexico S.A. de C.V. | Mexico |
| Searle GmbH | Germany |
| Searle Holdings B. V. | Netherlands |
| Searle Invest B. V. | Netherlands |
| Searle Laboratorios, Lda. | Portugal |
| Searle LLC | Nevada |
| Searle Ltd. | Bermuda |
| Sefarma S.r.l. | Italy |
| Sensus Drug Development Corporation | Delaware |
| Shiley International | California |
| Shiley LLC | California |
| Sinergis Farma-Produtos Farmaceuticos, Lda. | Portugal |
| Site Realty, Inc. | Delaware |
| SmithKline Beecham Animal Health (SWA) (Pty) Ltd. | Namibia |
| Solinor Investments SARL | Luxembourg |
| Solinor LLC | Delaware |
| Substantia (S.A.S.) | France |
| Sugen, Inc. | Delaware |
| Suzhou Capsugel Ltd. | People's Republic of China |
| Swordfish Holding GmbH | Germany |

| | |
|---|---|
| Tabor Corporation | Delaware |
| The Pfizer Incubator LLC | Delaware |
| The Kodiak Company Ltd. | Bermuda |
| The Upjohn Holding Company M LLC | Delaware |
| The Upjohn Manufacturing Company LLC | Delaware |
| Thorney Company | Ireland |
| Upjohn International Holding Company | Delaware |
| Upjohn International Inc. | Michigan |
| Upjohn Laboratorios Lda. | Portugal |
| Upjohn Pharmaceuticals Limited | Delaware |
| Vaccination Services S. de R. L. de C.V. | Mexico |
| Viagra Ltd. | United Kingdom |
| Vicuron Pharmaceuticals Inc. | Delaware |
| Vicuron Pharmaceuticals Italy S.r.l. | Italy |
| Vinci Farma, S.A. | Spain |
| Warner Lambert (UK) Limited | United Kingdom |
| Warner Lambert Company (M) Sdn Bhd | Malaysia |
| Warner Lambert Consumer Healthcare Pty Limited | Australia |
| Warner Lambert del Uruguay S.A. | Uruguay |
| Warner Lambert Ilac Sanayi ve Ticaret Limited Sirketi | Turkey |
| Warner Lambert Poland Sp.z.o.o. | Poland |
| Warner Lambert Pty Limited | Australia |
| Warner Lambert Zimbabwe (Private) Limited | Zimbabwe |
| Warner-Lambert (East Africa) Limited | Kenya |
| Warner-Lambert (Nigeria) Limited | Nigeria |
| Warner-Lambert (Tanzania), Limited | Tanzania |
| Warner-Lambert (Thailand) Limited | Thailand |
| Warner-Lambert Company AG | Switzerland |
| Warner-Lambert Company LLC | Delaware |
| Warner-Lambert de El Salvador, S.A. de C.V. | El Salvador |
| Warner-Lambert de Honduras, Sociedad Anonima | Honduras |
| Warner-Lambert de Puerto Rico, Inc. | Puerto Rico |
| Warner-Lambert GmbH | Germany |
| Warner-Lambert Guatemala, Sociedad Anonima | Guatemala |
| Warner-Lambert Ireland | Ireland |
| Warner-Lambert Kenya Limited | Kenya |
| Warner-Lambert Pottery Road Limited | Ireland |
| Warner-Lambert SA (Pty) Limited | South Africa |
| Warner-Lambert, S.A. | Delaware |
| Wilcox Sweets (Pty) Limited | South Africa |
| W-L (Europe) | United Kingdom |
| W-L (Portugal) | United Kingdom |
| W-L (Spain) | United Kingdom |
| WL de Guatemala, Sociedad Anonima | Guatemala |
| W-L LLC | Delaware |
| Yusafarm D.O.O. | Serbia |