ORIGINAL

1  Mitchell F. Boomer (State Bar No. 121441)
   Janine R. Hudson (State Bar No. 206671)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   PFIZER, INC.

6

7

FILED
08 APR -8 PM 12: 37
MICHAEL W. WILKING
CLERK, U.S. DISTRICT COURT
N.D. CALIFORNIA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | RANDALL J. SLOAN,                                    | Case No. CV-08-1849 BZ
12 |                 Plaintiff,                           | **CERTIFICATE OF SERVICE**
13 |     v.                                                | Complaint Filed: 12/11/2007
   |                                                       | Case Removed to Federal Court: 4/7/2008
14 | PFIZER, INC., a Delaware corporation; and
   | DOES 1 through 40, inclusive.
15 |
16 |                 Defendant.

17

18     I, Belinda Vega, declare that I am employed with the law firm of Jackson Lewis

19  LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over

20  the age of eighteen (18) years and am not a party to this action.

21     On April 7, 2008, I served the attached **(1) CIVIL COVER SHEET;**

22  **(2) NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT [28 U.S.C. § 1441(a)]**

23  **(filed endorsed); (3) CERTIFICATE OF INTERESTED ENTITIES [Civil Local Rule 3-16]**

24  **(filed endorsed); (4) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES**

25  **MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED**

26  **STATES MAGISTRATE JUDGE [form]; DECLINATION TO PROCEED BEFORE A**

27  **MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED**

28  **STATES DISTRICT JUDGE [form]; (5) ECF Registration Information Handout (filed**

1

CERTIFICATE OF SERVICE                                        Case No. CV-08-1849 BZ

| | |
|---|---|
| 1 | endorsed); (6) **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;** |
| 2 | **(7) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR** |
| 3 | **DEADLINES (filed endorsed); STANDING ORDERS; STANDING ORDER FOR ALL** |
| 4 | **JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT** |
| 5 | **CASE MANAGEMENT STATEMENT** in this action by placing true and correct copies |
| 6 | thereof, enclosed in a sealed envelope addressed as follows: |

| | | |
|---|---|---|
| 7 | Daniel P. Iannitelli (SBN 203388) | Attorneys for Plaintiff |
|   | Bryan L.P. Saalfeld (SBN 243331) | |
| 8 | Fotouhi Epps Hillger Gilroy LLP | RANDALL J. SLOAN |
|   | 160 Pine St., Ste. 710 | |
| 9 | San Francisco, CA 94111 | |
|   | Tel: (415) 362-9300 | |
| 10 | Fax: (415) 358-5521 | |

11  [X]  **BY MAIL**: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business
12  practices, in the United States mail at San Francisco, California.

13  [ ]  BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.
14

15  [ ]  BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.
16

17  I declare that I am employed in the office of a member of the bar of this Court at
18  whose direction the service was made; executed on April 7, 2008, at San Francisco, California.

19
20  _____
    Belinda Vega

21
22
23
24
25
26
27
28

2

CERTIFICATE OF SERVICE                                          Case No. CV-08-1849 BZ