```
 1  Mitchell F. Boomer (State Bar No. 121441)
    Janine R. Hudson (State Bar No. 206671)
 2  JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
 3  San Francisco, California  94105
    Telephone:  (415) 394-9400
 4  Facsimile:  (415) 394-9401

 5  Attorneys for Defendant
    PFIZER, INC.
 6

 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL J. SLOAN, an individual, | Case No.  CV-08-1849 BZ |
| Plaintiff, | **DEFENDANT PFIZER, INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE [28 U.S.C. § 1404(a)]; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| vs. | |
| PFIZER, INC., a Delaware corporation; and DOES 1 through 40, inclusive, | |
| Defendants. | [Declaration of Lynne Buongiorno in Support of Motion and Request for Judicial Notice filed concurrently herewith] |
| | Date:  July 16, 2008<br>Time:  10:00 a.m.<br>Ctrm.:  G, 15th Floor<br>MJ:    Hon. Bernard Zimmerman |
| | Complaint Filed:   12/11/2007<br>Case Removed to Federal Court:  4/7/2008 |

**PLEASE TAKE NOTICE** that on July 16, 2008 at 10:00 a.m. or as soon thereafter as the motion may be heard in Courtroom G of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendant PFIZER, INC. ("Pfizer") will and hereby does move the Court for an order transferring the above-captioned action from the Northern District of California to the Southern District of New York pursuant to 28 U.S.C. §1404(a). Pfizer has brought this motion on the grounds that the circumstances of this case require that trial

1  be conducted in the Southern District of New York for the convenience of the parties and
2  witnesses, and in the interests of justice.
3      This motion is based upon the Notice of Motion and Memorandum of Points and
4  Authorities in Support of hereof, the Declaration of Lynne Buongiorno, the Request for Judicial
5  Notice, as well as any other papers or evidence that may properly come before this Court.
6  Dated: June 5, 2008                                    Respectfully submitted,
7                                                        JACKSON LEWIS LLP
8
9                              By:     /s/ Janine R. Hudson
10                                     Mitchell F. Boomer
                                       Janine R. Hudson
                                       Attorneys for Defendant
11                                     PFIZER, INC.