Mitchell F. Boomer (State Bar No. 121441)
Janine R. Hudson (State Bar No. 206671)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401

Attorneys for Defendant
PFIZER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL J. SLOAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER, INC., a Delaware corporation; and DOES 1 through 40, inclusive,<br><br>Defendants. | Case No.  CV-08-1849 BZ<br><br>**[PROPOSED] ORDER  GRANTING DEFENDANT PFIZER, INC.'S MOTION TO TRANSFER VENUE [28 U.S.C. § 1404(a)]**<br><br>Date:    July 16, 2008<br>Time:   10:00 a.m.<br>Ctrm.:   G, 15th Floor<br>MJ:      Hon. Bernard Zimmerman<br><br>Complaint Filed:    12/11/2007<br>Case Removed to Federal Court:  4/7/2008 |

On July 16, 2008 at 10:00 a.m., in Courtroom G of the above-captioned court, the Honorable Bernard Zimmerman, magistrate judge presiding, heard Defendant Pfizer, Inc.'s ("Pfizer") Motion to Transfer Venue.  Pfizer appeared by and through its counsel Mitchell F. Boomer of Jackson Lewis LLP.  Plaintiff Randall J. Sloan ("Plaintiff"), appeared by and through his counsel Daniel Iannitelli of Fotouhi, Epps, Hillger, Gilroy LLP.  After considering the moving and opposing papers, and the arguments of counsel, the Court rules as follows:

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. §1404(a), this matter shall be transferred to the United States District Court for the Southern District of New York located in New York, New York.

1

[PROPOSED] ORDER  GRANTING DEFENDANT PFIZER, INC.'S
MOTION TO TRANSFER VENUE [28 U.S.C. § 1404(a)]                Case No. CV-08-1849 BZ

1     IT IS FURTHER ORDERED _____

2     _____

3     _____

4     _____

7     Dated: July ___, 2008           _____
8                                               Bernard Zimmerman
                                              United States Magistrate Judge

2

[PROPOSED] ORDER GRANTING DEFENDANT PFIZER, INC.'S
MOTION TO TRANSFER VENUE [28 U.S.C. § 1404(a)]     Case No. CV-08-1849 BZ