# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

June 6, 2008

To:   Daniel P. Iannitelli
      Brian Leland Saalfeld
      Fotouhi Epps Hillger Gilroy LLP
      160 Pine Street, Suite 710
      San Francisco, CA 94111

      Mitchell F. Boomer
      Janine R. Hudson
      Jackson Lewis LLP
      199 Fremont Street, 10th Floor
      San Francisco, CA 94105

      Re: Randall J. Sloan v. Pfizer, Inc. - C08-1849 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **July 14, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:   /s/ Lashanda Scott
      Lashanda Scott
      Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd