UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Randall J. Sloan,

        Plaintiff(s),

v.

Pfizer, Inc.

        Defendant(s).

No. C 08-1849 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6-13-08

Signature /s/

Counsel for Plaintiff Randal J. Sloan
(Plaintiff, Defendant, or indicate "pro se")