1  Mitchell F. Boomer (State Bar No. 121441)
   Janine R. Hudson (State Bar No. 206671)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California  94105
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401

5  Attorneys for Defendant
   PFIZER, INC.

6

7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11 RANDALL J. SLOAN, an individual,          Case No.  CV-08-1849 SBA

12              Plaintiff,                    **DEFENDANT PFIZER, INC.'S
                                              RENOTICE OF MOTION AND
13        vs.                                 MOTION TO TRANSFER VENUE [28
                                              U.S.C. § 1404(a)]; MEET-AND-
14 PFIZER, INC., a Delaware corporation; and  CONFER CERTICATION; AND
   DOES 1 through 40, inclusive,              SUPPORTING DOCUMENTS**
15
                                              Date:   July 29, 2008
16              Defendants.                    Time:   1:00 p.m.
                                              Ctrm.:  3, 3rd Floor
17                                             DJ:     Hon. Saundra B. Armstrong

18                                             Case Removed to Federal Court:  4/7/2008
                                              Case Reassigned:  06/17/2008
19

20        **PLEASE TAKE NOTICE** that on July 29, 2008 at 1:00 p.m. or as soon thereafter as the

21 motion may be heard in Courtroom 3 of the above-entitled Court, located at 1301 Clay Street,

22 Suite 400 S, Oakland, CA 94612-5212, Defendant PFIZER, INC. ("Pfizer") will and hereby does

23 move the Court for an order transferring the above-captioned action from the Northern District of

24 California to the Southern District of New York pursuant to 28 U.S.C. §1404(a).  Pfizer has

25 brought this motion on the grounds that the circumstances of this case require that trial be

26 conducted in the Southern District of New York for the convenience of the parties and witnesses,

27 and in the interests of justice.

28        This motion is based upon the Notice of Motion and Memorandum of Points and

                                    1

1   Authorities in Support of hereof, the Declaration of Lynne Buongiorno, the Request for Judicial

2   Notice, as well as any other papers or evidence that may properly come before this Court.

3                            **MEET-AND-CONFER CERTIFICATION**

4        I hereby certify that on June 18, 2008, I telephoned Plaintiff's counsel Daniel P. Iannitelli

5   to discuss Pfizer's motion to transfer and proposed hearing date, thereby fulfilling the meet-and-

6   confer requirement set forth in Judge Armstrong's Standing Order for Civil Cases (revised

7   6/16/08).

8   Dated:  June 18, 2008                      Respectfully submitted,

9                                    JACKSON LEWIS LLP

10

11                       By:     */s/ Janine R. Hudson*
                                      Mitchell F. Boomer

12                                     Janine R. Hudson
                                    Attorneys for Defendant

13                                     PFIZER, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEF PFIZER, INC.'S RENOTICE OF MOTION AND MOTION TO TRANSFER VENUE [28
U.S.C. § 1404(a)]; M&C CERT.; AND SUPP. DOCS.       Case No. CV-08-1849 SBA